IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ARELLANO, | No. C -13-05980 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| TREASURY WINE ESTATES, | |
| Defendant. | |

This matter is referred for a settlement conference before Magistrate Judge James of this court to take place by October 31, 2014, or as soon thereafter as is convenient to Judge James' calendar.

**IT IS SO ORDERED.**

Dated: August 26, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge