UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ARELLANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TREASURY WINE ESTATES,<br><br>　　　　Defendant. | Case No. 13-cv-05980-EDL<br><br>**ORDER FOR CONDITIONAL DISMISSAL** |

The Court has been informed that the parties have settled this case. IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 60 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge